| | |
|---|---|
| 1 | Kathryn L. Johnson (#19150)<br>Law Office of Kathryn L. Johnson, PLC |
| 2 | 2 E. Congress Street, Suite 900<br>Tucson, AZ 85701 |
| 3 | (520) 743-2257; (520) 743-2231 facsimile<br>Attorney for Debtors |
| 4 | |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | ) | Case no: 4:09-bk-19821-EWH |
|---|---|---|
| STEVEN D. BAWEK and<br>KATHY A. BAWEK, | )<br>)<br>) | Chapter 13 Proceeding |
| | ) | OBJECTION TO PROOF OF<br>CLAIM NO. 2 AND NOTICE |
| Debtors. | ) | THEREON |
| | ) | |

Debtors, STEVEN D. BAWEK and KATHY A. BAWEK, by and through counsel undersigned, hereby files this Objection to Proof of Claim No. 2, as follows:

1. On September 25, 2009, Toyota Motor Credit Corporation filed a Proof of Claim in the amount of $17,923.06 at 6.7%. The claim relates to a security interest in a 2008 Scion XB Sport Wagon.

2. On October 5, 2009, Debtors, through undersigned counsel, sent correspondence to Toyota Motor Credit Corporation advising said creditor that according to Debtors' records, the total balance owing was $17,002.38. Debtors also reiterated that the proposed Chapter 13 plan intended to pay 6% interest.

3. As of the filing of this objection, Debtors have not received a response from Toyota Motor Credit Corporation.

4. No amended claim has been filed by Toyota Motor Credit Corporation; no objection to the amended plan has been filed either. Debtors request that the claim be allowed and that the creditor be paid $17,002.38 as a secured claim at 6% interest.

**NOTICE IS GIVEN that the above claim be allowed in the amount and with the priority as recommended above by the Debtors unless on or before 18 days, the creditor**

**files a written request for a hearing, AND SETS FORTH the specific grounds for such request with the Clerk of Court, and mails a copy thereof to the undersigned at 2 E. Congress Street, Suite 900, Tucson, Arizona 85701.**

**A true and correct copy of this Objection has been forwarded on the date as appears below to the claimant at the address listed below.**

DATED this 23rd day of October, 2009.

                              LAW OFFICE OF KATHRYN L. JOHNSON, PLC

                              By: /s/ Kathryn L. Johnson
                                   Kathryn L. Johnson
                                   Attorney for Debtors

Copy of the foregoing mailed
this 23rd day of October, 2009 to:

Dianne C. Kerns, Trustee
7320 N. La Cholla, #154-413
Tucson, AZ 85741

Katherine Mendoza
Asset Protection Analyst
Toyota Motor Credit Corporation
3200 W. Ray Road
Chandler, AZ 85226

Steven and Kathy Bawek
43571 W. Courtney Drive
Maricopa, AZ 85138

/s/ Alma Duarte