**ORDERED.**

Dated: January 13, 2010

*[Signature]*
**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**

---

Kathryn L. Johnson (#19150)
Law Office of Kathryn L. Johnson, PLC
2 E. Congress Street, Suite 900
Tucson, AZ 85701
(520) 743-2257; (520) 743-2231 facsimile
Attorney for Debtors

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | In Proceedings Under Chapter 13 |
| STEVEN D. BAWEK and KATHY A. BAWEK | Case No. 4:09-bk-19821-EWH |
| Debtors, | PROPOSED ORDER RE PROOF OF CLAIM NO. 2 |

The Debtors, STEVEN D. BAWEK and KATHY A. BAWEK, by and through counsel undersigned, filed an Objection to Proof of Claim No. 2. The Court has considered the record, and no opposition being filed thereto,

IT IS ORDERED that the Objection is sustained, and that Claim No. 2 is hereby allowed as a secured claim of $17,002.38 at 6% interest.

DATED this ___ day of _____, 2010.

_____
United States Bankruptcy Judge